CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 20 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **ANTUAN MCNEIL,** | ) | |
| **Petitioner,** | ) | **Civil Action No. 7:06-cv-00425** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **TERRY O'BRIEN,** | ) | **By: Hon. James C. Turk** |
| **Respondent.** | ) | **Senior United States District Judge** |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that the petition for habeas corpus, pursuant to 28 U.S.C. § 2241, shall be and hereby is

**DISMISSED** without prejudice, and the action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 20ᵗʰ day of July, 2006.

James C. Turk
Senior United States District Judge